**Danny CONN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53688.**

Missouri Court of Appeals, Western District.

Sept. 2, 1997.

David Simpson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

## ORDER

PER CURIAM.

Danny Conn appeals the denial of his Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).